UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OWNER/AGENT @DUDEOFNEWYORK (PATIENT IN A HOSPITAL, NEW YORK COUNTY WITH INTERNET ACCESS, NEW YORK, NY 10019) WITHOUT CONSENT/AUTHORIZATION TO MHLS ATTORNEY HEYMAN, PRINCIPAL ATTORNEY (JHEYMAN@NYCOURTS.GOV) REPRESENTATION (7.2.2024) BY ORDER OF PATIENT IN A HOSPITAL, SELF., <br><br>                    Plaintiff, <br><br>          -against- <br><br> THE UNIFIED COURT SYSTEM OF THE STATE OF NEW YORK (NYCOURTS.GOV); THE STATE OF NEW YORK (NY.GOV) RESPONSIBLE FOR JUDICIAL BRANCH; NEW YORK STATE; U.S GOVERNMENT (NYCOURTS.GOV); (NYCOURTS.GOV CHIEF JUDGE OF THE STATE OF NEW YORK (RWILSON@NYCOURTS.GOV); 1ST JD - SUPREME COURT, CIVIL BRANCH, NY COUNTY ADMINISTRATIVE JUDGE JULY 2024 (ASILVERA@NYCOURTS.GOV); 1ST JD - SUPREME COURT, CIVIL BRANCH, NY COUNTY CHIEF CLERK VII (DREO@NYCOURTS.GOV), <br><br>                    Defendants. | 24 CIVIL 5929 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the January 02, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 24, 2025
         New York, New York

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge